**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| FREDDIE JOHNSON, JR., AND CARMELA ROBINSON | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:05CV256-WHB-AGN |
| MARTIN GALLOT AND FRISARD'S TRUCKING COMPANY, INC. | DEFENDANTS |

## FINAL JUDGMENT

This civil action came to be heard on August 21, 2006 and August 22, 2006 on the Complaint filed herein by Plaintiff, Freddie Johnson, against Defendants, Martin Gallot and Frisard's Trucking Company, Inc., and the Plaintiff and Defendants having appeared and answered ready for trial and after hearing the evidence and being instructed on the law, a jury composed of six good and lawful citizens of Southern District of Mississippi, Jackson Division, retired and returned the following verdict:

"We the jury find for the Plaintiff in the sum of $500,000.00."

**IT IS, THEREFORE, ORDERED and ADJUDGED** that Plaintiff, Freddie Johnson, have and recover the sum of $500,000.00 of and from the Defendants, Martin Gallot and Frisard's Trucking Company, Inc., jointly and severally, together with post judgment interest at the lawful rate and such recoverable costs as may be assessed by the Court.

**SO ORDERED AND ADJUDGED** this the 23th day of August, 2006.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

1